[No. 12234-4-III.   Division Three.   March 16, 1993.]

SOUTHPLAN, ET AL, *Appellants*, v. SPOKANE COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 91-2-03259-3, John A. Schultheis, J.,
entered January 30, 1992. *Affirmed* by unpublished opinion
per Sweeney, J., concurred in by Thompson, A.C.J., and
Munson, J.

[No. 13088-2-II.   Division Two.   March 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY R.
DOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 89-1-00523-9, James D. Ladley, J., entered
August 8, 1989. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Petrich and Morgan, JJ.

[No. 14631-2-II.   Division Two.   March 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE
H. AMADOR-SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 90-1-00091-4, Gary W. Velie, J., entered
November 30, 1990. *Affirmed* by unpublished opinion per
Alexander, C.J., concurred in by Petrich and Seinfeld, JJ.